WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY
By:     DOUGLAS L. IRISH (002288)
        THOMAS P. LIDDY (019384)
        J. KENNETH MANGUM (003077)
        ANN THOMPSON UGLIETTA (013696)
        Deputy County Attorney
CIVIL SERVICES DIVISION
222 North Central Avenue, Suite 1100
Phoenix, Arizona  85004
Telephone No. (602) 506-8541
Facsimile No. (602) 506-8567
irishd@mcao.maricopa.gov
liddyt@mcao.maricopa.gov
mangumj@mcao.maricopa.gov
uglietta@mcao.maricopa.gov

Attorneys for Defendants Maricopa County
and Maricopa County Attorney William Montgomery

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Puente Arizona, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>Joseph M. Arpaio, Sheriff of Maricopa County, Arizona, et al.,<br><br>        Defendants. | NO. 14-cv-01356-PHX-DGC<br><br>**MARICOPA COUNTY'S AND MARICOPA COUNTY ATTORNEY MONTGOMERY'S NOTICE OF DISCOVERY COMPLIANCE  [Doc. 221]** |

In response to the Court's statement in Doc. 221 regarding Plaintiffs' assertions about the alleged status of discovery made in Doc. 215 at 3,[1] Defendants Maricopa

---

[1] Plaintiffs' assertions were made in their response to the State of Arizona's Motion to Stay [Doc. 203].  These Defendants did not take a position on that Motion.

County and Maricopa County Attorney Montgomery provide notice that they have complied with their discovery obligations and with paragraph 4(d) of this Court's case management order in responding to Plaintiffs' four sets of written discovery served on these Defendants. Doc. ## 208, 209, 211, 212, 213, 218, 220.

Plaintiffs' assertion in Doc. 215 at 3 does not accurately reflect the specific written responses provided by these Defendants, the numerous documents already produced by these Defendants, nor the ongoing efforts to address Plaintiffs' discovery requests being made by these Defendants in the context of meet and confer discussions with Plaintiffs. These Defendants continue to supplement their discovery responses in good faith. They are unaware of any particular, ripe discovery dispute between them and the Plaintiffs. The parties are working on a proposed protective order that will allow additional documents and information to be exchanged in a confidential manner. They are discussing the possibility of identifying an appropriate subset of criminal files to allow for more efficient discovery and presentation of evidence on the merits. Regarding paragraph 4(d), in their written discovery responses and follow-up communications, these Defendants have identified categories of documents being withheld from production and the reasons therefor with the intention of producing a comprehensive redaction and privilege log upon completion of privilege review. None of the aforementioned discovery-related activities is unknown to Plaintiffs.

These Defendants provide this Notice not for the purpose of raising a non-existent discovery dispute, but for the purpose of notifying the Court that these Defendants are in

compliance with their discovery obligations and paragraph 4(d) of the Court's case management order.

RESPECTFULLY SUBMITTED this 23rd day of September, 2015.

> WILLIAM G. MONTGOMERY
> MARICOPA COUNTY ATTORNEY
>
> BY: /s/ Ann Thompson Uglietta
> ANN THOMPSON UGLIETTA
> Attorneys for Defendants
> Maricopa County and
> Maricopa County Attorney Montgomery

CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2015, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable David G. Campbell
United States District Court
401 West Washington Street, SPC 58
Phoenix, AZ  85003-2158

Anne Lai
Sameer Ashar
University of California, Irvine School
Of Law – Immigrant Rights Clinic
401E. Peltason Dr., Ste. 3500
Irvine, CA  92616-5479
sashar@law.uci.edu
alai@law.uci.edu
*Attorneys for Plaintiffs*

Daniel J. Pochoda
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ  85014
dpochoda@acluaz.org
*Attorneys for Plaintiffs*

| | |
|---|---|
| 1 | Jessica Karp Bansal |
| | National Day Labor Organizing Network |
| 2 | 675 S. Park View St., Ste. B |
| | Los Angeles, CA  90057 |
| 3 | jbansal@ndlon.org |
| 4 | *Attorneys for Plaintiffs* |
| 5 | |
| | Jessica Myers Vosburgh |
| 6 | National Day Laborer Organizing Network |
| | 2104 Chapel Hill Rd. |
| 7 | Birmingham,  AL 35216 |
| 8 | jvosburgh@ndlon.org |
| | *Attorneys for Plaintiffs* |
| 9 | |
| 10 | Ray A. Ybarra Maldonado |
| | Law Office of Ray A. Ybarra Maldonado, PLC |
| 11 | 2637 North 16th St., Unit 1 |
| 12 | Phoenix, AZ  85006 |
| | rybarra@stanfordalumni.org |
| 13 | *Attorneys for Plaintiffs* |
| 14 | |
| 15 | Hector J. Diaz |
| | Sarah R. Anchors |
| 16 | Edward J. Hermes |
| | Jose A. Carillo |
| 17 | Quarles & Brady LLP |
| 18 | Renaissance One |
| | Two North Central Avenue |
| 19 | Phoenix,  AZ  85004-2391 |
| 20 | hector.diaz@quarles.com |
| | sarah.anchors@quarles.com |
| 21 | edward.hermes@quarles.com |
| 22 | jose.carrillo@quarles.com |
| | *Attorneys for Plaintiffs* |
| 23 | |
| 24 | Cindy Pánuco |
| | Dan Stormer |
| 25 | Joshua Piovia-Scott |
| 26 | Hadsell Stormer & Renick LLP |
| | 128 N Fair Oaks Ave., Ste. 204 |
| 27 | Pasadena, CA 91103 |
| 28 | cpanuco@hadsellstormer.com |
| | dstormer@hadsellstormer.com |

jscott@hadsellstormer.com
*Attorneys for Plaintiffs*

Nicholas Espiritu
National Immigration Law Center
3435 Wilshire Blvd. Suite 2850
Los Angeles, CA 90010
espiritu@nilc.org
*Attorneys for Plaintiffs*

Michele Marie Iafrate
Iafrate & Associates
649 N 2nd Ave.
Phoenix, AZ 85003
miafrate@iafratelaw.com
*Attorney for Sheriff Joseph Arpaio*

Brock Jason Heathcotte
Keith Joseph Miller
Office of the Attorney General
Civil Division
1275 W Washington St.
Phoenix, Az 85007
brock.heathcotte@azag.gov
keith.miller@azag.gov
*Attorney for the State of Arizona*


/s/ G. Naranjo
S:\CIVIL\CIV\Matters\GN\2014\Puente AZ v Arpaio GN14-324\08 PLEADINGS\FINAL Notice MC MCAO Discovery Compliance 092315.docx