Anne Lai (*pro hac vice*)
alai@law.uci.edu
Sameer Ashar (*pro hac vice*)
sashar@law.uci.edu
University of California, Irvine School
  of Law – Immigrant Rights Clinic
401 E. Peltason Dr., Ste. 3500
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile: (949) 824-2747

Daniel J. Pochoda (SBA No. 021979)
dpochoda@acluaz.org
ACLU Foundation of Arizona
3707 N. 7th St., Ste. 235
Phoenix, AZ  85014
Telephone: (602) 650-1854

Jessica Karp Bansal (*pro hac vice*)
jbansal@ndlon.org
Emilou MacLean (*pro hac vice*)
emi@ndlon.org
National Day Laborer Organizing
  Network
675 S. Park View St., Ste. B
Los Angeles, CA 90057
Telephone: (213) 380-2214

*Attorneys for Plaintiffs*
*(Additional attorneys for Plaintiffs listed on next page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Puente Arizona, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Joseph M. Arpaio, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-01356-DGC<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

*Additional Attorneys for Plaintiffs*:

Ray A. Ybarra Maldonado (SBA No. 027076)
*rybarra@stanfordalumni.org*
Law Office of Ray A. Ybarra Maldonado, PLC
2637 North 16th St., Unit 1
Phoenix, AZ 85006
Telephone: (602) 910-4040

Jessica Myers Vosburgh (*pro hac vice*)
*jvosburgh@ndlon.org*
National Day Laborer Organizing Network
2104 Chapel Hill Rd.
Hoover, AL 35216
Telephone: (215) 317-1481

Hector Diaz (SBA No. 020965)
*hector.diaz@quarles.com*
Sarah R. Anchors (SBA No. 025344)
*sarah.anchors@quarles.com*
Edward J. Hermes (SBA No. 030529)
*edward.hermes@quarles.com*
Jose A. Carrillo (SBA No. 030526)
*jose.carrillo@quarles.com*
QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
Telephone: (602) 229-5200

Cindy Pánuco (*pro hac vice*)
*cpanuco@hadsellstormer.com*
Joshua Piovia-Scott (*pro hac vice*)
*jps@hadsellstormer.com*
Dan Stormer (*pro hac vice*)
*dstormer@hadsellstormer.com*
Hadsell Stormer & Renick LLP
128 North Fair Oaks Ave.
Pasadena, CA 91103
Telephone: (626) 585-9600

Plaintiffs hereby give notice that on April 1, 2016, they served their Expert Disclosure Statement on Defendants by overnight mail as set forth in the service certificate and e-mail.

RESPECTFULLY SUBMITTED this 1st day of April, 2016.

By  /s/ Anne Lai
Anne Lai
Sameer Ashar
Andres Gallegos
Elizabeth Hercules-Paez
Sophia Shin
University of California, Irvine School of
  Law – Immigrant Rights Clinic
401 E. Peltason Dr., Ste. 3500
Irvine, CA 92616-5479

*And counsel listed above as Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of April, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

Dated: April 1, 2016
Irvine, California

/s/ Anne Lai
Anne Lai