IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Puente Arizona, et al., | NO. 14-cv-01356-PHX-DGC |
| Plaintiffs, | **AMENDED PROPOSED ORDER GRANTING JOINT REPORT RE: EXPERT DISCLOSURES; JOINT REQUEST FOR EXTENSIONS OF REMAINING CASE MANAGEMENT DEADLINES** |
| vs. | |
| Joseph M. Arpaio, Sheriff of Maricopa County, Arizona, et al., | |
| Defendants. | |

The Court, having reviewed the Parties' joint report, and good cause appearing,

**IT IS ORDERED** extending deadlines as follows:

**May 6, 2016**:   Combined Affirmative and Rebuttal Expert Disclosures for Defendants.

**June 1, 2016**:   Rebuttal Expert Disclosure for Plaintiffs, plus Amended Affirmative Opinions derivative of "Managing Bureau" data and possibly Special Crimes and Fraud and Identity Theft Enforcement spreadsheets.  Parties agree that Defendants have the right to disclose rebuttal opinions as to any such affirmative opinions provided by Plaintiffs on June 1, 2016.

**June 17, 2016**:   Expert discovery deadline.

**June 17 - July 1, 2016**:   Dispositive Motions.

_____
David G. Campbell
United States District Court Judge