# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Puente Arizona, et al., | NO. CV-14-01356-PHX-DGC |
| Plaintiffs, | |
| v. | JUDGMENT IN A CIVIL CASE |
| Joseph M Arpaio, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed March 27, 2017, judgment is entered in favor of plaintiffs as follows:

Plaintiffs' request for declaratory relief is granted. The Court declares as follows: Under the Supremacy Clause of the United States Constitution and the Immigration Reform and Control Act, Defendants are preempted from (a) employing or relying on (b) the Form I-9 and any other documents or information (c) submitted to an employer solely as part of the federal employment verification process (d) for purposes of investigating or prosecuting violations of A.R.S. § 13-2002, A.R.S § 13-2008(A), or A.R.S § 13-2009(A)(3). This declaration does not apply to List A, B, or C documents (as identified by 8 C.F.R. § 274a.2, or any successor regulation) submitted in the I-9 process if they were also submitted for a purpose independent of the federal employment verification

1  system, such as to demonstrate ability to drive or as part of a typical employment
2  application.
3       Plaintiffs' request for a permanent injunction against Maricopa County Sheriff
4  Paul Penzone is granted. Defendant Penzone, as Maricopa County Sheriff, and his
5  officers, agents, servants, employees, and attorneys, and all persons acting in concert with
6  them, are permanently enjoined from (a) employing or relying on (b) the Form I-9 and
7  any other documents or information (c) submitted to an employer solely as part of the
8  federal employment verification process (d) for purposes of investigating or prosecuting
9  violations of A.R.S. § 13-2002, A.R.S § 13-2008(A), or A.R.S § 13-2009(A)(3). This
10 declaration does not apply to List A, B, or C documents (as identified by 8 C.F.R. §
11 274a.2, or any successor regulation) submitted in the I-9 process if they were also
12 submitted for a purpose independent of the federal employment verification system,
13 such as to demonstrate ability to drive or as part of a typical employment application.
14 Defendant Penzone shall create a written policy for MCSO consistent with this
15 permanent injunction and disseminate it within MCSO within 60 days of this order.
16       This matter is hereby terminated.

Brian D. Karth
District Court Executive/Clerk of Court

March 27, 2017

By   s/ L. Dixon
     Deputy Clerk